RECEIVED
JUL 12 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FREDRICA THIBODEAUX | : | CIVIL ACTION NO. 2:16-cv-673 |
| VERSUS | : | JUDGE TRIMBLE |
| THE GEO GROUP, INC. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly,

**IT IS ORDERED** that plaintiff's Motion to Remand is hereby **DENIED.**

Lake Charles, Louisiana, this 12th day of July, 2016.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE